STATE OF NEW JERSEY v. LOUIS PISANO AND KEITH SIMS.

May 22, 1984.

Petition for certification denied.

IDA GLICK v. AETNA CASUALTY & SURETY COMPANY.

May 22, 1984.

Petition for certification denied.

IN THE MATTER OF THE AWARD OF HIGHWAY LIGHTING
CONTRACT NO. 6, ROUTE I-280.

May 22, 1984.

Petition for certification denied.

GABRIEL D. VALOS v. CITY OF GARFIELD.

May 22, 1984.

Petition for certification denied.